# Exhibit 2

| US6684086 | Rohde & Schwarz ("Defendant") |
| --- | --- |
| 1. A radio base station apparatus comprising: | The defendant, in its internal testing and usage, utilizes a radio base station apparatus (e.g., an LTE base station).<br><br>The defendant carries out beamforming measurements of LTE base stations by way of a series of products as shown below. |

| | |
|---|---|
| | **LTE Beamforming Measurements**<br>**Application Note**<br><br>**Products:**<br>- R&S®SMW200A<br>- R&S®SMU200A<br>- R&S®SMU-K55<br>- R&S®SMBV100A<br>- R&S®SMJ100A<br>- R&S®SMATE200A<br>- R&S®EX-IQ-Box<br>- R&S®OSP<br>- R&S®FSL<br>- R&S®FSG<br>- R&S®FSQ<br>- R&S®FSV<br>- R&S®FSW<br>- R&S®FS-Z10<br>- R&S®ZVA/B<br>- R&S®WinIQSIM2™<br><br>Multiple input multiple output (MIMO) technology is an integral part of 3GPP E-UTRA long term evolution (LTE). As part of MIMO, beamforming is also used in LTE.<br>This application note provides a brief summary of the transmission modes (TM) in LTE and describes the beamforming measurements for base stations (BS) and user equipment (UE). The T&M options using various Rohde & Schwarz instruments are also presented.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |




*Fig. 2: Base station setup. In state-of-the-art setups, the baseband is separate from the RF module. A digital link between the baseband and the RF module is used (blue). The baseband can be located at the bottom of the mast, co-located directly on the antenna with the RF module, or placed in a completely separate location in the network.*

Rohde & Schwarz offers a variety of instruments that support digital communications standards (such as WLAN, WiMAX™ and 3GPP LTE) to allow testing of the individual functional components in the mobile radio connection. This application note covers the various T&M options for beamforming in LTE, which are easily implemented using Rohde & Schwarz test equipment.

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

LTE Beamforming Measurements

Base Station Transmitter Measurements




*Fig. 22: Transmitter test setup with the ZVx network analyzer. Depending on the model, up to eight RF paths can be measured simultaneously.*

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

| | |
|---|---|
| | **2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf<br><br>The defendant carries out testing of the LTE base station in Transmission mode 7 among other modes. |

**Testing the individual antennas**

Fig. 8 shows the fundamental test setup. The antennas are switched one after the other to the input of an FSx.




*Fig. 8: Test setup for the base station transmitter test with LTE analysis software.*

In the **LTE Analysis Software**, open the *Demodulation Settings* dialog box and set the number of antennas (two in this example) in the *MIMO Configuration* section (Fig. 9). If you set transmission mode 7 in the *Enhanced Settings* for an allocation (Fig. 10), the software will calculate the phase offset and rotate the constellation diagrams back to the original points. This makes it possible to demodulate the PDSCH allocations with reference to the DM-RS (Fig. 11). It also allows multiple different beamformed allocations to be analyzed. All standard measurements can be performed.




*Fig. 9: Beamforming settings in the LTE analysis software for the FSx; TM 7 in this example.*

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

| | |
|---|---|
| | TMs 7 and 8 use an antenna array for beamforming, although the UE sees only one (TM 7) or two (TM 8) antennas. The base station transmits UE-specific reference signals in both modes.<br><br>TMs 6, 7 and 8 are described in more detail below.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| | |
|---|---|
| | **2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| | |
|---|---|
| | LTE Beamforming Measurements<br>Base Station Transmitter Measurements<br><br><br>*Fig. 10: Additional settings. The precoding is set to beamforming (UE-specific RS). In TM 7, a codeword is mapped to a layer at antenna port 5.*<br><br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| Release | Event | Info |
|---|---|---|
| - | November 2004 - 3GPP began a project to define long-term evolution of UMTS cellular technology | - |
| 3GPP Release 7 | September 2005 - Stage 1 (freeze) | HSPA+ Standard |
| | September 2006 - Stage 2 (freeze) | |
| | December 2007 - Stage 3 (freeze) | |
| 3GPP Release 8 | March 2008 - Stage 1 (freeze) | LTE Standard |
| | June 2008 - Stage 2 (freeze) | |
| | December 2008 - Stage 3 (freeze) | |
| 3GPP Release 9 | December 2008 - Stage 1 (freeze) | SAE Enhancements, WiMAX and UMTS Interoperability |
| | June 2009 - Stage 2 (freeze) | |
| | December 2009 - Stage 3 (freeze) | |
| 3GPP Release 10 | In progress | LTE-Advanced |

http://3gpplte-longtermevolution.blogspot.in/2010/06/classification-and-development-of-lte.html

| | |
|---|---|
| | <br>https://lazure2.wordpress.com/mobile-internet-standards/ |

| | |
|---|---|
| | **Release 8 - LTE Introduced**<br>***Release frozen in Dec 2008***<br><br>It was 3GPP release 8 when LTE was introduced for the very first time. All the releases following only enhanced the technology.<br><br>Based on release 8 standardization, following were the main achievements<br><br>• High peak data rates : Up to 300 Mbps in downlink and 75 Mbps in uplink when using 4x4 MIMO and 20 MHz bandwidth<br>• High spectral efficiency<br>• Flexible bandwidths: 1.4 MHz, 3 MHz, 5 MHz, 10 MHz, 15 MHz and 20 MHz<br>• Short round trip time: 5 ms latency for IP packets in ideal radio conditions<br>• Simplified Architecture<br>• OFDMA in downlink and SC-FDMA in uplink<br>• All IP network<br>• MIMO multiple antenna scheme<br>• Operation in paired (FDD) and unpaired spectrum (TDD)<br><br>http://www.simpletechpost.com/2015/02/overview-of-lte-3gpp-releases.html |

| | |
|---|---|
| | **LTE Fundamentals**<br><br>Long Term Evolution (LTE) will ensure the competitiveness of UMTS for the next ten years and beyond by providing a high-data rate, low-latency and packet-optimized system. Also known as E-UTRA (Evolved Universal Terrestrial Radio Access), LTE is part of 3GPP Release 8 specifications. LTE can be operated in either frequency division duplex (FDD) or time division duplex (TDD) mode, also referred to as LTE FDD and TD-LTE. The main key technology aspects of LTE are:<br>- New, Orthogonal Frequency Division Multiple Access (OFDMA) based multiple access schemes for both LTE FDD and TD-LTE<br>- Scalable bandwidth up to 20 MHz<br>- Support for Multiple Input Multiple Output (MIMO) antenna technology<br>- New data and control channels<br>- New network and protocol architecture (two node, IP based)<br><br>LTE (3GPP Release 8) supports theoretical peak data rates of 300Mbps in downlink and 75Mbps in uplink direction. The first commercial network was launched in Sweden in December 2009 whereas meanwhile LTE has become the fastest growing mobile communication technology ever. Commercially available end user devices support max. 100Mbps (DL) / 50Mbps(UL). Please note that achievable data rates in real life networks varies depending on e.g. network load and propagation conditions and is generally significantly lower than the maximum rates achieved in test lab environment.<br><br>https://www.rohde-schwarz.com/us/technologies/cellular/lte/lte-technology/lte_information_52292.html |

| | |
|---|---|
| | <br>https://penturalabs.files.wordpress.com/2013/12/lte-network-diagram.png<br>**What is the LTE eNodeB?**<br>One of the biggest differences between LTE networks and legacy 3G mobile communication systems is the base station. In 3G systems, there is an intelligent and centralizing node like the RNC (Radio Network Controller), and it needs to control all the radio resources and mobility over multiple NodeBs (3G base stations) underneath it in a hieratical radio access network (Figure 1). All NodeBs need to do is behave exactly according to commands from the RNC sent over the Iub interface. In LTE, on the other hand, eNBs (evolved NodeBs) as base stations have to manage radio resource and mobility in the cell and sector to optimize all the UE's communication in a flat radio network structure (Figure 2). Therefore, the performance of an LTE eNB depends on its radio resource management algorithm and its implementation. |

| | |
|---|---|
| | http://www.artizanetworks.com/resources/tutorials/what_lteenb.html<br><br><br>http://www.artizanetworks.com/resources/tutorials/what_lteenb.html |

| | |
|---|---|
| | **LTE eNB Functions**<br><br>According to the 3GPP Release 8 overview, the eNB hosts the following functions within an LTE network:<br><br>• **Radio Resource Management**<br>» Radio Bearer Control<br>» Radio Admission Control<br>» Connection Mobility Control<br>» Dynamic allocation of resources to UEs in both uplink and downlink (scheduling)<br><br>http://www.artizanetworks.com/resources/tutorials/fuc.html |
| an estimation section that estimates arrival directions of receiving signals from a plurality of communication terminals; | The LTE base station utilized by the defendant comprises an estimation section (e.g., a processing block) that estimates arrival directions of receiving signals (e.g., direction of received uplink signal) from a plurality of communication terminals (e.g., mobiles, smartphones, tablets).<br><br>Upon information and belief , the LTE base station utilized by the defendant comprises an estimation section (e.g., a processing block) to calculate direction of arrival by a user equipment specific reference signal from the user equipment (e.g., mobiles, smartphones, and tablets). The base station estimates direction of arrival of receiving signal from a user equipment for optimum beamforming. |

| | |
|---|---|
| | **TM 7 – Beamforming (antenna port 5)**<br><br>This mode uses UE-specific reference signals (DM-RS). Both the data and the UE-specific RS are transmitted using the same antenna weightings. Because the UE requires only the UE-specific RS for demodulation, the data transmission for the UE appears to have been received from only one transmit antenna, and the UE does not see the actual number of transmit antennas. Therefore, this transmission mode is also called "single antenna port; port 5". The transmission appears to be transmitted from a single "virtual" antenna port 5.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| | |
|---|---|
| | <br>*Fig. 4: Beamforming in TM 7; use of UE-specific RS; the common channels use transmit diversity.*<br><br>There are different algorithms for calculating the optimum beamforming weightings. For example, it is possible to determine the direction of the received uplink signal (direction of arrival [DoA] or angle of arrival [AoA]), and from that to calculate the beamforming weightings. This requires an antenna array in which the individual antenna elements are spaced at a distance of **d ≤ λ/2**. It can be difficult to determine the DoA if the angular spread is not small or if there is no dominant direction in the DoA.<br><br>Alternatively, it is possible to determine the optimum beamforming weighting from the channel estimation. Because the uplink and downlink take place on the same frequency in a TD-LTE system, the uplink sounding reference signals can be used directly to estimate the channel, which can then be used to derive the weighting for the downlink beamforming. In this case, the beamforming vector is determined by channel estimation, and not from the DoA calculation.<br><br>The beamforming calculation is based on the uplink measurement, making calibration of the antenna array and of the RF frontend a major factor in the accuracy of the beamforming.<br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| | |
|---|---|
| | 3) Adaptive Beamforming: Adaptive beamforming uses antenna elements with a narrow antenna spacing of about half the carrier wavelength and it has been studied for use with base stations with the antennas mounted in a high location. In this case beamforming is performed by exploiting the UE Direction of Arrival (DoA) or the channel covariance matrix estimated from the uplink, and the resulting transmit weights are not selected from a codebook. In LTE Rel. 8, a UE-specific RS is defined for channel estimation in order to support adaptive beamforming. Unlike the cell-specific RS,<br><br>http://blog.3g4g.co.uk/2011/03/quick-recap-of-mimo-in-lte-and-lte.html<br><br>Function \| Implementation<br>PHY/ Baseband \| FPGAs/ASSPs<br>Lower layer protocol \| DSPs/Network processor<br>PDCP and upper layer protocols \| CPUs/Network processor with operation system<br><br>eNodeB vendors can minimize their development efforts by using generic components, not only in terms of hardware modules but also in terms of intellectual property like baseband logical circuits on FPGAs, protocol stack software, etc. The figures below show examples of LTE eNB implementation on a Micro-TCA platform.<br><br>http://www.artizanetworks.com/resources/tutorials/arc.html |

Embedded table:

| Function | Implementation |
|---|---|
| PHY/ Baseband | FPGAs/ASSPs |
| Lower layer protocol | DSPs/Network processor |
| PDCP and upper layer protocols | CPUs/Network processor with operation system |

| | |
|---|---|
| | The LTE system targets for high data rate, high system capacity and large coverage to provide excellent user experience. Beamforming (BF) is one of the technologies helping to reach this goal, specifically by improving the cell edge performance. LTE as specified in 3GPP Release 8 already supports single-layer beamforming based on user-specific Reference Symbols (also referred to as Dedicated RS or DRS or DM RS). Single-layer beamfroming uses only one codeword, i.e. one transport block. In general the solution allows to direct the beam towards a specific UE through position estimation at the eNodeB (direction of arrival). The eNodeB generates a beam using the array of antenna elements, and then applies the same precoding to both the data payload and the UE-specific reference signal with this beam. It is important to note that the UE-specific reference signal is transmitted in a way such that its time-frequency location does not overlap with the cell-specific reference signal. As the scheme is not involving any UE feedback mechanism, it is specifically suited for LTE in TDD mode of operation, leveraging the reciprocity of the propagation channel in DL and UL direction.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma191/1MA191_0E_LTE_release_9_technology.pdf<br><br>**6.10.3 UE-specific reference signals**<br><br>UE-specific reference signals are supported for single-antenna-port transmission of PDSCH and are transmitted on antenna port 5. The UE is informed by higher layers whether the UE-specific reference signal is present and is a valid reference for PDSCH demodulation or not. UE-specific reference signals are transmitted only on the resource blocks upon which the corresponding PDSCH is mapped. The UE-specific reference signal is not transmitted in resource elements $(k,l)$ in which one of the physical channels or physical signals other than UE-specific reference signal defined in 6.1 are transmitted using resource elements with the same index pair $(k,l)$ regardless of their antenna port $p$.<br><br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf |
| a group dividing section that divides the plurality of communication terminals into a plurality of groups | The LTE base station utilized by the defendant comprises a group dividing section (e.g., a processing unit) that divides the plurality of communication terminals (e.g., mobiles, smartphones, tablets) into a plurality of groups (e.g., dividing mobiles into different sectors within a cell), based on the estimated arrival directions of the receiving signals. |

<table>
<tr>
<td>based on the estimated arrival directions of the receiving signals;</td>
<td>
The LTE base station utilized by the defendant divides multiple communication terminals into groups based on the estimated arrival directions of the receiving signals. The base station selects a specific sector antenna for a mobile, if the direction of arrival of reference signal from the mobile lies in the sector of that antenna.
<table>
<tr><th>Function</th><th>Implementation</th></tr>
<tr><td>PHY/ Baseband</td><td>FPGAs/ASSPs</td></tr>
<tr><td>Lower layer protocol</td><td>DSPs/Network processor</td></tr>
<tr><td>PDCP and upper layer protocols</td><td>CPUs/Network processor with operation system</td></tr>
</table>
eNodeB vendors can minimize their development efforts by using generic components, not only in terms of hardware modules but also in terms of intellectual property like baseband logical circuits on FPGAs, protocol stack software, etc. The figures below show examples of LTE eNB implementation on a Micro-TCA platform.<br><br>
http://www.artizanetworks.com/resources/tutorials/arc.html
</td>
</tr>
</table>

| | |
|---|---|
| | **2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| | |
|---|---|
| | <br><br>**Power measurement on all antennas for beamforming test**<br><br>The beamforming can be checked based on level by interconnecting all antennas together at the FSx input (Fig. 12).<br><br><br>***Fig. 12: Test setup for measuring the beamforming level. All antennas are brought together using a combiner.***<br><br>The levels of the individual channels are displayed in the Allocation Summary. However, the EVM is not meaningful in this situation because, with the exception of the beamformed signals, the antenna signals are overlaid. If these antenna signals have a phase difference of 0°, the FSx receives all signals as if it were located directly in front of the antenna array.<br><br>In the example, the PDSCH and RS are weighted with 90°, which means that the beam from the PDSCH and RS does not point toward 0°. The RS are orthogonal so that the level stays constant (e.g. -58.5 dBm in the screenshot). The SYNC channels are transmitted with a phase difference of 0°, that means double the power ( 6 dB more than the RS: -52.4 dBm ). The PDSCH (in example 90°) is in summary 3 dB higher than the RS (-55.4 dBm) (Fig. 13). (Note that the control channels PBCH, PCFICH and PDCCH are coded with TX diversity and therefore cannot be correctly analyzed in this test setup.) Changes to the beamforming settings (i.e. the weightings for PDSCH and RS) will directly affect the level of the PDSCHs.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |



**GLOBAL LTE BASE STATION MARKET TO REACH $6.37 BILLION IN 2013**

*Tuesday 5 March 2013, Amsterdam*

Our latest report Global LTE Base Station Market 2013-2018: The Next Generation Infrastructure for 4G Mobile Telecommunications examines the LTE base station market with a focus on leading vendors, prosperous regions, impending network transformation projects, and central technologies.

As data traffic grows exponentially a rapid shift network shift to LTE and 4G will have to occur to cope. The introduction of superphones and tablets has saturated the mobile market, and the introduction of new, faster network technologies has become a matter of adapt-or-perish. Having a robust and practicable LTE strategy is what will separate today's incumbent operators from tomorrow's.

Cellular base stations are the last link between the core network and the end-user's device. As such, their interoperability and interaction must provide a high-speed, high-quality, low-latency service to which customers are rapidly growing accustomed. In addition, operators in competitive markets seeking to minimise costs will seek out options that are compact, easy to install, require little maintenance, and are power efficient. As operators rocket towards trials and deployments, infrastructure vendors that have readily available LTE base stations meeting a variety of exacting standards will prevail.




https://www.asdreports.com/news-1202/global-lte-base-station-market-reach-637-billion-2013

| | |
|---|---|
| | <br>However, this cells and sectors terminology will be challenged as the industry deploys new antenna technology for systems like **LTE** and **4G**. The idea of optimizing coverage and capacity with the antenna system relies on focusing the beam in select areas and adapting to a user's equipment—that by nature are not located uniformly. **Uniform distribution** of a user's equipment would clearly support the concept of the same cell size and structure of the hexagon honeycomb. However, with technologies such as **beam tilt**, the beams are adjusted to be different sizes and direction to support the actual user patterns. Technologies such as **multi beam** (as used in six-sector deployments), **adaptive array**, and **active antennas**, allow the antenna's coverage area to be shaped and formed to fit the capacity and coverage requirements of users. For example, a six-sector deployment is, in effect, two sectors per cell, or is it?<br><br>http://www.commscope.com/Blog/Cells--Sectors-and-Antenna-Beamforming/ |

| | |
|---|---|
| | **4.2.1.1 BS antenna radiation pattern**<br><br>The BS antenna radiation pattern to be used for each sector in 3-sector cell sites is plotted in Figure 4.1. The pattern is identical to those defined in [1], [2] and [4]:<br><br>$A(\theta) = -\min\left[12\left(\frac{\theta}{\theta_{3dB}}\right)^2, A_m\right]$ where $-180 \le \theta \le 180$,<br><br>$\theta_{3dB}$ is the 3dB beam width which corresponds to 65 degrees, and $A_m = 20dB$ is the maximum attenuation<br><br><br><br>**Figure 4.1: Antenna Pattern for 3-Sector Cells**<br><br>http://www.etsi.org/deliver/etsi_tr/136900_136999/136942/08.02.00_60/tr_136942v080200p.pdf |

| | |
|---|---|
| | Considering beam forming function of smart antenna, the following five basic beam forming pattern is provided with their main beam pointing to 0°,30°,45°,60° and 70° respectively. The beam patterns pointing to -30°,-45°,-60° and -70° can be derived through the image of the above beam patterns. Thus, we can get nine angles beamforming radioation pattern. The gain of blow -90 and above 90 is assumed as -∞ by using the ideal isolation. In the simulation each UE will select the most adjacent (in angle) beam pattern for signal strength and interference calculation accroding the the angle calculated from the UE position and BS sector antenna direction. For example if a UE "s angle to the direction of the sector is 25⁰, the 30⁰ beam pattern will be selected. Then the selected beam pattern will be shifted -5⁰, by which the main beam will pointing the UE. The signal strengh and interference from different direction will be calculated based on the shifted pattern. The shifted angle out of [-90°,90°] will be transfered inside [-90°,90°] by horizontal imaging.   **Figure B.1: 0° beam forming pattern** http://www.etsi.org/deliver/etsi_tr/136900_136999/136942/08.04.00_60/tr_136942v080400p.pdf |
| an assignment control section that assigns a same scramble code to all communication | The LTE base station utilized by the defendant comprises an assignment control section (e.g., a scrambling sequence generator block) that assigns a same scramble code to all communication terminals (e.g., mobiles, smartphones, tablets) belonging under a same group (e.g., mobiles under a sector of a cell). |

| | |
|---|---|
| terminals belonging under a same group; | The scrambling sequence depends upon the initialization value of the scrambling sequence, which is calculated on basis of the physical layer cell identity. The cell identity comprises a cell id group which is same for all communication units in the same group.<br><br><br>**Figure 6.3-1: Overview of physical channel processing.**<br>6.3.1 Scrambling<br>For each code word $q$, the block of bits $b^{(q)}(0),...,b^{(q)}(M_{bit}^{(q)}-1)$, where $M_{bit}^{(q)}$ is the number of bits in code word $q$ transmitted on the physical channel in one subframe, shall be scrambled prior to modulation, resulting in a block of scrambled bits $\tilde{b}^{(q)}(0),...,\tilde{b}^{(q)}(M_{bit}^{(q)}-1)$ according to<br>$\tilde{b}^{q}(i)=\left(b^{q}(i)+c^{q}(i)\right)\mathrm{mod}\,2$<br>where the scrambling sequence $c^{q}(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised at the start of each subframe, where the initialisation value of $c_{init}$ depends on the transport channel type according to<br>$c_{init}=\begin{cases} n_{RNTI}\cdot 2^{14}+q\cdot 2^{13}+\lfloor n_s/2\rfloor\cdot 2^{9}+N_{ID}^{cell} & \text{for PDSCH} \\ \lfloor n_s/2\rfloor\cdot 2^{9}+N_{ID}^{MBSFN} & \text{for PMCH}\end{cases}$<br>where $n_{RNTI}$ corresponds to the RNTI associated with the PDSCH transmission as described in Section 7.1[4].<br>Up to two code words can be transmitted in one subframe, i.e., $q\in\{0,1\}$. In the case of single code word transmission, $q$ is equal to zero.<br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf |

## Scrambling

- Sequence generation
  - The scrambling sequence generator shall be initialised at the start of each subframe, where the initialisation value of $c_{init}$
- Generation register
  - Fill the top register with the following fixed pattern x(0)=1(MSB),and x(1)=…=x(30)=0.
  - Fill the lower register with the initialisation sequence based on below




- PDSCH & PMCH: $c_{init} = \begin{cases} n_{RNTI} \cdot 2^{14} + q \cdot 2^{13} + \lfloor n_s/2 \rfloor \cdot 2^9 + N_{ID}^{cell} & \text{for PDSCH} \\ \lfloor n_s/2 \rfloor \cdot 2^9 + N_{ID}^{MBSFN} & \text{for PMCH} \end{cases}$
- PBCH: $c_{init} = N_{ID}^{cell}$ (Re-initialization is performed every 4 subframes)
- PCFICH, PDCCH, PHICH: $c_{init} = \lfloor n_s/2 \rfloor \cdot 2^9 + N_{ID}^{cell}$

https://www.slideshare.net/allabout4g/lte-rel-8-physical-layer

## 6.3 General structure for downlink physical channels

This section describes a general structure, applicable to more than one physical channel.

The baseband signal representing a downlink physical channel is defined in terms of the following steps:

- scrambling of coded bits in each of the code words to be transmitted on a physical channel
- modulation of scrambled bits to generate complex-valued modulation symbols
- mapping of the complex-valued modulation symbols onto one or several transmission layers
- precoding of the complex-valued modulation symbols on each layer for transmission on the antenna ports
- mapping of complex-valued modulation symbols for each antenna port to resource elements
- generation of complex-valued time-domain OFDM signal for each antenna port

<table>
<tr>
<td></td>
<td>
http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf<br><br>
$N_{RB}^{(2)}$ Bandwidth available for use by PUCCH formats 2/2a/2b, expressed in multiples of $N_{sc}^{RB}$<br>
$N_{RB}^{HO}$ The offset used for PUSCH frequency hopping, expressed in number of resource blocks (set by higher layers)<br>
$N_{ID}^{cell}$ Physical layer cell identity<br>
$N_{ID}^{MBSFN}$ MBSFN area identity<br>
$N_{RB}^{DL}$ Downlink bandwidth configuration, expressed in multiples of $N_{sc}^{RB}$<br><br>
http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf<br><br>
There are 504 unique physical-layer cell identities. The physical-layer cell identities are grouped into 168 unique physical-layer cell-identity groups, each group containing three unique identities. The grouping is such that each physical-layer cell identity is part of one and only one physical-layer cell-identity group. A physical-layer cell identity $N_{ID}^{cell} = 3N_{ID}^{(1)} + N_{ID}^{(2)}$ is thus uniquely defined by a number $N_{ID}^{(1)}$ in the range of 0 to 167, representing the physical-layer cell-identity group, and a number $N_{ID}^{(2)}$ in the range of 0 to 2, representing the physical-layer identity within the physical-layer cell-identity group.<br><br>
http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.09.00_60/ts_136211v080900p.pdf<br><br>
Cell ID (LTE)<br><br>
Menu Path: MeasSetup > LTE Demod Properties... > Format tab<br><br>
Default: Auto<br>
Range: Auto, Manual: 0-503<br><br>
Cell ID sets the physical (PHY) layer Cell ID. This PHY-layer Cell ID determines the Cell ID Group and Cell ID Sector. There are 168 possible Cell ID groups and 3 possible Cell ID sectors; therefore, there are 3 * 168 = 504 possible PHY-layer cell IDs. When Cell ID is set to Auto, the demodulator will automatically detect the Cell ID. When Cell ID is set to Manual, the PHY-layer Cell ID must be specified for successful demodulation.<br><br>
The physical layer cell id can be calculated from the following formula:<br><br>
PHY-layer Cell ID = 3*(Cell ID Group) + Cell ID Sector<br><br>
http://rfmw.em.keysight.com/wireless/helpfiles/89600b/webhelp/subsystems/lte/content/lte_dlg_fmt_cellid.htm
</td>
</tr>
<tr>
<td>a calculation section that calculates a</td>
<td>The LTE base station utilized by the defendant comprises a calculation section (e.g., a precoding weights generating block) that calculates a transmission weight (e.g., a precoding weight) to perform directional</td>
</tr>
</table>

| | |
|---|---|
| transmission weight to perform directional transmission to the plurality of communication terminals; and | transmission (e.g., user equipment specific beamforming) to the plurality of communication terminals (e.g., mobiles, smartphones, tablets).<br><br>Upon information and belief the LTE base station utilized by the defendant comprises a calculation section with calculates transmission weights to perform beamforming.<br><br><br><br><br>http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg |




*Fig. 42: Antenna mapping codebook.*

This is where the precoding weights are chosen based on the index that is selected from the tables in specification 36.211 [6]. For TM 7, they are indices 0 to 3 for two antennas:

**Precoding weights for 2 antennas**

| Codebook index | Number of layers $\upsilon$: 1 | Number of layers $\upsilon$: 2 |
|---|---|---|
| 0 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\1\end{bmatrix}$ | $\frac{1}{\sqrt{2}}\begin{bmatrix}1&0\\0&1\end{bmatrix}$ |
| 1 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-1\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1&1\\1&-1\end{bmatrix}$ |
| 2 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\j\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1&1\\j&-j\end{bmatrix}$ |
| 3 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-j\end{bmatrix}$ | - |

*Table 4: Allowed precoding weights for TM 7 (with one layer) for two antennas.*

Similarly, indices 0 to 15 are used for four antennas (table in [6]; a different view of the precoding matrices is available in the attachment, section 3.2):

*Mapping Coordinates* displays the defined weights, either in Cartesian or cylindrical coordinates.

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

**Beamforming**

Antenna technologies are the key in increasing network capacity. It started with sectorized antennas. These antennas illuminate 60 or 120 degrees and operate as one cell. In GSM, the capacity can be tripled, by 120 degree antennas. Adaptive antenna arrays intensify spatial multiplexing using narrow beams. Smart antennas belong to adaptive antenna arrays but differ in their smart direction of arrival (DoA) estimation. Smart antennas can form a user-specific beam. Optional feedback can reduce complexity of the array system.
Beamforming is the method used to create the radiation pattern of an antenna array. It can be applied in all antenna array systems as well as MIMO systems.
Smart antennas are divided into two groups:

- Phased array systems (switched beamforming) with a finite number of fixed predefined patterns
- Adaptive array systems (AAS) (adaptive beamforming) with an infinite number of patterns adjusted to the scenario in realtime




https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf

| | |
|---|---|
| | **3.1.2 LTE (3GPP Release 8)**<br><br>UMTS Long Term Evolution (LTE) was introduced in 3GPP Release 8. The objective is a high data rate, low latency and packet optimized radio access technology. LTE is also referred to as E-UTRA (Evolved UMTS Terrestrial Radio Access) or E-UTRAN (Evolved UMTS Terrestrial Radio Access Network).<br><br>The basic concept for LTE in downlink is OFDMA (Uplink: SC-FDMA), while MIMO technologies are an integral part of LTE. Modulation modes are QPSK, 16QAM, and 64QAM. Peak data rates of up to 300 Mbps (4x4 MIMO) and up to 150 Mbps (2x2 MIMO) in the downlink and up to 75 Mbps in the uplink are specified.<br><br>For an introduction to LTE, refer to [2] [3] [4]. For more information on MIMO in LTE, refer to [6].<br><br>**Downlink**<br>The following transmission modes are possible in LTE:<br>• Single antenna transmission, no MIMO<br>• Transmit diversity<br>• Open-loop spatial multiplexing, no UE feedback required<br>• Closed-loop spatial multiplexing, UE feedback required<br>• Multi-user MIMO (more than one UE is assigned to the same resource block)<br>• Closed-loop precoding for rank=1 (i.e., no spatial multiplexing, but precoding is used)<br>• Beamforming<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf<br><br><br><br>*Figure 12: LTE downlink* |

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |

### 6.3.4 Precoding

The precoder takes as input a block of vectors $x(i)=\left[x^{(0)}(i) \; \ldots \; x^{(\upsilon-1)}(i)\right]^T$, $i=0,1,\ldots,M_{\text{symb}}^{\text{layer}}-1$ from the layer mapping and generates a block of vectors $y(i)=\left[\ldots \; y^{(p)}(i) \; \ldots\right]^T$, $i=0,1,\ldots,M_{\text{symb}}^{\text{ap}}-1$ to be mapped onto resources on each of the antenna ports, where $y^{(p)}(i)$ represents the signal for antenna port $p$.

#### 6.3.4.1 Precoding for transmission on a single antenna port

For transmission on a single antenna port, precoding is defined by

$$y^{(p)}(i)=x^{(0)}(i)$$

where $p\in\{0,4,5\}$ is the number of the single antenna port used for transmission of the physical channel and $i=0,1,\ldots,M_{\text{symb}}^{\text{ap}}-1$, $M_{\text{symb}}^{\text{ap}}=M_{\text{symb}}^{\text{layer}}$.

#### 6.3.4.2 Precoding for spatial multiplexing

Precoding for spatial multiplexing is only used in combination with layer mapping for spatial multiplexing as described in Section 6.3.3.2. Spatial multiplexing supports two or four antenna ports and the set of antenna ports used is $p\in\{0,1\}$ or $p\in\{0,1,2,3\}$, respectively.

##### 6.3.4.2.1 Precoding without CDD

Without cyclic delay diversity (CDD), precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i)\begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P\times\upsilon$ and $i=0,1,\ldots,M_{\text{symb}}^{\text{ap}}-1$, $M_{\text{symb}}^{\text{ap}}=M_{\text{symb}}^{\text{layer}}$.

For spatial multiplexing, the values of $W(i)$ shall be selected among the precoder elements in the codebook configured in the eNodeB and the UE. The eNodeB can further confine the precoder selection in the UE to a subset of the elements in the codebook using codebook subset restrictions. The configured codebook shall be selected from Table 6.3.4.2.3-1 or 6.3.4.2.3-2.

##### 6.3.4.2.2 Precoding for large delay CDD

For large-delay CDD, precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i)D(i)U\begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P\times\upsilon$ and $i=0,1,\ldots,M_{\text{symb}}^{\text{ap}}-1$, $M_{\text{symb}}^{\text{ap}}=M_{\text{symb}}^{\text{layer}}$. The diagonal size- $\upsilon\times\upsilon$ matrix $D(i)$ supporting cyclic delay diversity and the size- $\upsilon\times\upsilon$ matrix $U$ are both given by Table 6.3.4.2.2-1 for different numbers of layers $\upsilon$.

http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf

| | |
|---|---|
| a directional transmission section that directionally transmits a transmission signal modulated with the assigned scramble code, using the calculated transmission weight, wherein: | The LTE base station utilized by the defendant comprises a directional transmission section (e.g., antenna section) that directionally transmits (e.g., user specific beamforming) a transmission signal modulated with the assigned scramble code (e.g., an OFDM signal), using the calculated transmission weight (e.g., determined precode).<br><br>As shown below, the LTE base station utilized by the defendant modulates the scrambled transmission signals (e.g., code words) and also comprises a directional transmission section (e.g., antenna section) which directionally transmits (e.g., a user specific beamforming) the modulated signal to the plurality of communication terminals (e.g., mobiles, smartphones, tablets) using the calculated transmission weight (e.g., determined precode).<br><br>**6.3 General structure for downlink physical channels**<br><br>This section describes a general structure, applicable to more than one physical channel.<br><br>The baseband signal representing a downlink physical channel is defined in terms of the following steps:<br>- scrambling of coded bits in each of the code words to be transmitted on a physical channel<br>- modulation of scrambled bits to generate complex-valued modulation symbols<br>- mapping of the complex-valued modulation symbols onto one or several transmission layers<br>- precoding of the complex-valued modulation symbols on each layer for transmission on the antenna ports<br>- mapping of complex-valued modulation symbols for each antenna port to resource elements<br>- generation of complex-valued time-domain OFDM signal for each antenna port<br><br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf |

| | |
|---|---|
| | <br><br><br>http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg<br><br><br><br>**Figure 12: LTE downlink**<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |




*Fig. 42: Antenna mapping codebook.*

This is where the precoding weights are chosen based on the index that is selected from the tables in specification 36.211 [6]. For TM 7, they are indices 0 to 3 for two antennas:

**Precoding weights for 2 antennas**

| Codebook index | Number of layers $\upsilon$: 1 | 2 |
|---|---|---|
| 0 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\1\end{bmatrix}$ | $\frac{1}{\sqrt{2}}\begin{bmatrix}1 & 0\\0 & 1\end{bmatrix}$ |
| 1 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-1\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1 & 1\\1 & -1\end{bmatrix}$ |
| 2 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\j\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1 & 1\\j & -j\end{bmatrix}$ |
| 3 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-j\end{bmatrix}$ | - |

*Table 4: Allowed precoding weights for TM 7 (with one layer) for two antennas.*

Similarly, indices 0 to 15 are used for four antennas (table in [6]; a different view of the precoding matrices is available in the attachment, section 3.2):

*Mapping Coordinates* displays the defined weights, either in Cartesian or cylindrical coordinates.

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

| | |
|---|---|
| | **2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |
| said calculation section calculates the transmission weight that is common to all the communication | The LTE base station utilized by the defendant comprises a calculation section (e.g., a precoding calculation section) calculates the transmission weight (e.g., a precode) that is common to all the communication terminals (e.g., mobiles, smartphones, tablets) belonging under the same group (e.g., mobiles under a sector of a cell). |

<table>
<tr>
<td>terminals belonging under the same group; and</td>
<td>
Upon information and belief, the LTE base station utilized by the defendant comprises a calculation section which calculates transmission weights that is common to all terminal in the same group.




http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg

**Beamforming**

Antenna technologies are the key in increasing network capacity. It started with sectorized antennas. These antennas illuminate 60 or 120 degrees and operate as one cell. In GSM, the capacity can be tripled, by 120 degree antennas. Adaptive antenna arrays intensify spatial multiplexing using narrow beams. Smart antennas belong to adaptive antenna arrays but differ in their smart direction of arrival (DoA) estimation. Smart antennas can form a user-specific beam. Optional feedback can reduce complexity of the array system.
Beamforming is the method used to create the radiation pattern of an antenna array. It can be applied in all antenna array systems as well as MIMO systems.
Smart antennas are divided into two groups:

- Phased array systems (switched beamforming) with a finite number of fixed predefined patterns
- Adaptive array systems (AAS) (adaptive beamforming) with an infinite number of patterns adjusted to the scenario in realtime



</td>
</tr>
</table>

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf<br><br>**3.1.2 LTE (3GPP Release 8)**<br><br>UMTS Long Term Evolution (LTE) was introduced in 3GPP Release 8. The objective is a high data rate, low latency and packet optimized radio access technology. LTE is also referred to as E-UTRA (Evolved UMTS Terrestrial Radio Access) or E-UTRAN (Evolved UMTS Terrestrial Radio Access Network).<br><br>The basic concept for LTE in downlink is OFDMA (Uplink: SC-FDMA), while MIMO technologies are an integral part of LTE. Modulation modes are QPSK, 16QAM, and 64QAM. Peak data rates of up to 300 Mbps (4x4 MIMO) and up to 150 Mbps (2x2 MIMO) in the downlink and up to 75 Mbps in the uplink are specified.<br><br>For an introduction to LTE, refer to [2] [3] [4]. For more information on MIMO in LTE, refer to [6].<br><br>**Downlink**<br>The following transmission modes are possible in LTE:<br>• Single antenna transmission, no MIMO<br>• Transmit diversity<br>• Open-loop spatial multiplexing, no UE feedback required<br>• Closed-loop spatial multiplexing, UE feedback required<br>• Multi-user MIMO (more than one UE is assigned to the same resource block)<br>• Closed-loop precoding for rank=1 (i.e., no spatial multiplexing, but precoding is used)<br>• Beamforming<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |

| | |
|---|---|
| | <br>*Figure 12: LTE downlink*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |

<table>
<tr>
<td></td>
<td>

6.3.4 Precoding

The precoder takes as input a block of vectors $x(i) = \left[x^{(0)}(i) \quad \ldots \quad x^{(\upsilon-1)}(i)\right]^T$, $i = 0,1,\ldots,M_{\text{symb}}^{\text{layer}} - 1$ from the layer mapping and generates a block of vectors $y(i) = \left[\ldots \quad y^{(p)}(i) \quad \ldots\right]^T$, $i = 0,1,\ldots,M_{\text{symb}}^{\text{ap}} - 1$ to be mapped onto resources on each of the antenna ports, where $y^{(p)}(i)$ represents the signal for antenna port $p$.

6.3.4.1 Precoding for transmission on a single antenna port

For transmission on a single antenna port, precoding is defined by

$$y^{(p)}(i) = x^{(0)}(i)$$

where $p \in \{0,4,5\}$ is the number of the single antenna port used for transmission of the physical channel and $i = 0,1,\ldots,M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$.

6.3.4.2 Precoding for spatial multiplexing

Precoding for spatial multiplexing is only used in combination with layer mapping for spatial multiplexing as described in Section 6.3.3.2. Spatial multiplexing supports two or four antenna ports and the set of antenna ports used is $p \in \{0,1\}$ or $p \in \{0,1,2,3\}$, respectively.

6.3.4.2.1 Precoding without CDD

Without cyclic delay diversity (CDD), precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i) \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P \times \upsilon$ and $i = 0,1,\ldots,M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$.

For spatial multiplexing, the values of $W(i)$ shall be selected among the precoder elements in the codebook configured in the eNodeB and the UE. The eNodeB can further confine the precoder selection in the UE to a subset of the elements in the codebook using codebook subset restrictions. The configured codebook shall be selected from Table 6.3.4.2.3-1 or 6.3.4.2.3-2.

6.3.4.2.2 Precoding for large delay CDD

For large-delay CDD, precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i)D(i)U \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P \times \upsilon$ and $i = 0,1,\ldots,M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$. The diagonal size- $\upsilon \times \upsilon$ matrix $D(i)$ supporting cyclic delay diversity and the size- $\upsilon \times \upsilon$ matrix $U$ are both given by Table 6.3.4.2.2-1 for different numbers of layers $\upsilon$.

http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf

</td>
</tr>
<tr>
<td>said directional transmission section performs transmission with a same directivity to all the</td>
<td>The LTE base station utilized by the defendant comprises a directional transmission section (e.g., antenna section) which, upon and information and belief, performs transmission with a same directivity (e.g., user-specific beamforming) to all the communication terminals (e.g., mobiles, smartphones, tablets) belonging under the same group (e.g., mobiles under a sector of a cell).</td>
</tr>
</table>

| | |
|---|---|
| communication terminals belonging under the same group. | <br><br>[http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg](http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg)<br><br>**Beamforming**<br><br>Antenna technologies are the key in increasing network capacity. It started with sectorized antennas. These antennas illuminate 60 or 120 degrees and operate as one cell. In GSM, the capacity can be tripled, by 120 degree antennas. Adaptive antenna arrays intensify spatial multiplexing using narrow beams. Smart antennas belong to adaptive antenna arrays but differ in their smart direction of arrival (DoA) estimation. Smart antennas can form a user-specific beam. Optional feedback can reduce complexity of the array system.<br>Beamforming is the method used to create the radiation pattern of an antenna array. It can be applied in all antenna array systems as well as MIMO systems.<br>Smart antennas are divided into two groups:<br>- Phased array systems (switched beamforming) with a finite number of fixed predefined patterns<br>- Adaptive array systems (AAS) (adaptive beamforming) with an infinite number of patterns adjusted to the scenario in realtime<br><br> |

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf<br><br>**2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| | |
|---|---|
| 9. A radio communication method comprising the steps of: | The defendant, in its internal testing and usage, utilizes an LTE base station which practices a radio communication (e.g., cellular communication) method.<br><br>**LTE Beamforming Measurements**<br>**Application Note**<br><br>**Products:**<br>R&S®SMW200A<br>R&S®SMU200A<br>R&S®SMU-K55<br>R&S®SMBV100A<br>R&S®SMJ100A<br>R&S®SMATE200A<br>R&S®EX-IQ-Box<br>R&S®OSP<br>R&S®FSL<br>R&S®FSG<br>R&S®FSQ<br>R&S®FSV<br>R&S®FSW<br>R&S®FS-Z10<br>R&S®ZVA/B<br>R&S®WinIQSIM2™<br><br>Multiple input multiple output (MIMO) technology is an integral part of 3GPP E-UTRA long term evolution (LTE). As part of MIMO, beamforming is also used in LTE.<br>This application note provides a brief summary of the transmission modes (TM) in LTE and describes the beamforming measurements for base stations (BS) and user equipment (UE). The T&M options using various Rohde & Schwarz instruments are also presented. |

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |




*Fig. 2: Base station setup. In state-of-the-art setups, the baseband is separate from the RF module. A digital link between the baseband and the RF module is used (blue). The baseband can be located at the bottom of the mast, co-located directly on the antenna with the RF module, or placed in a completely separate location in the network.*

Rohde & Schwarz offers a variety of instruments that support digital communications standards (such as WLAN, WiMAX™ and 3GPP LTE) to allow testing of the individual functional components in the mobile radio connection. This application note covers the various T&M options for beamforming in LTE, which are easily implemented using Rohde & Schwarz test equipment.

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

LTE Beamforming Measurements

Base Station Transmitter Measurements




*Fig. 22: Transmitter test setup with the ZVx network analyzer. Depending on the model, up to eight RF paths can be measured simultaneously.*

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

| | |
|---|---|
| | **2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

The defendant carries out testing of the LTE base station in Transmission mode 7 among other modes.

**Testing the individual antennas**

Fig. 8 shows the fundamental test setup. The antennas are switched one after the other to the input of an FSx.




***Fig. 8: Test setup for the base station transmitter test with LTE analysis software.***

In the **LTE Analysis Software**, open the *Demodulation Settings* dialog box and set the number of antennas (two in this example) in the *MIMO Configuration* section (Fig. 9). If you set transmission mode 7 in the *Enhanced Settings* for an allocation (Fig. 10), the software will calculate the phase offset and rotate the constellation diagrams back to the original points. This makes it possible to demodulate the PDSCH allocations with reference to the DM-RS (Fig. 11). It also allows multiple different beamformed allocations to be analyzed. All standard measurements can be performed.




***Fig. 9: Beamforming settings in the LTE analysis software for the FSx; TM 7 in this example.***

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf<br><br>TMs 7 and 8 use an antenna array for beamforming, although the UE sees only one (TM 7) or two (TM 8) antennas. The base station transmits UE-specific reference signals in both modes.<br><br>TMs 6, 7 and 8 are described in more detail below.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

| | |
|---|---|
| | **2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |

LTE Beamforming Measurements

Base Station Transmitter Measurements




*Fig. 10: Additional settings. The precoding is set to beamforming (UE-specific RS). In TM 7, a codeword is mapped to a layer at antenna port 5.*




[https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf](https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf)

| Release | Event | Info |
|---|---|---|
| - | November 2004 - 3GPP began a project to define long-term evolution of UMTS cellular technology | - |
| 3GPP Release 7 | September 2005 - Stage 1 (freeze) | HSPA+ Standard |
| | September 2006 - Stage 2 (freeze) | |
| | December 2007 - Stage 3 (freeze) | |
| 3GPP Release 8 | March 2008 - Stage 1 (freeze) | LTE Standard |
| | June 2008 - Stage 2 (freeze) | |
| | December 2008 - Stage 3 (freeze) | |
| 3GPP Release 9 | December 2008 - Stage 1 (freeze) | SAE Enhancements, WiMAX and UMTS Interoperability |
| | June 2009 - Stage 2 (freeze) | |
| | December 2009 - Stage 3 (freeze) | |
| 3GPP Release 10 | In progress | LTE-Advanced |

http://3gpplte-longtermevolution.blogspot.in/2010/06/classification-and-development-of-lte.html

| | |
|---|---|
| | <br>https://lazure2.wordpress.com/mobile-internet-standards/ |

| | |
|---|---|
| | **Release 8 - LTE Introduced**<br>***Release frozen in Dec 2008***<br><br>It was 3GPP release 8 when LTE was introduced for the very first time. All the releases following only enhanced the technology.<br><br>Based on release 8 standardization, following were the main achievements<br><br>• High peak data rates : Up to 300 Mbps in downlink and 75 Mbps in uplink when using 4x4 MIMO and 20 MHz bandwidth<br>• High spectral efficiency<br>• Flexible bandwidths: 1.4 MHz, 3 MHz, 5 MHz, 10 MHz, 15 MHz and 20 MHz<br>• Short round trip time: 5 ms latency for IP packets in ideal radio conditions<br>• Simplified Architecture<br>• OFDMA in downlink and SC-FDMA in uplink<br>• All IP network<br>• MIMO multiple antenna scheme<br>• Operation in paired (FDD) and unpaired spectrum (TDD)<br><br>http://www.simpletechpost.com/2015/02/overview-of-lte-3gpp-releases.html |

## LTE Fundamentals




Long Term Evolution (LTE) will ensure the competitiveness of UMTS for the next ten years and beyond by providing a high-data rate, low-latency and packet-optimized system. Also known as E-UTRA (Evolved Universal Terrestrial Radio Access), LTE is part of 3GPP Release 8 specifications. LTE can be operated in either frequency division duplex (FDD) or time division duplex (TDD) mode, also referred to as LTE FDD and TD-LTE. The main key technology aspects of LTE are:

- New, Orthogonal Frequency Division Multiple Access (OFDMA) based multiple access schemes for both LTE FDD and TD-LTE
- Scalable bandwidth up to 20 MHz
- Support for Multiple Input Multiple Output (MIMO) antenna technology
- New data and control channels
- New network and protocol architecture (two node, IP based)

LTE (3GPP Release 8) supports theoretical peak data rates of 300Mbps in downlink and 75Mbps in uplink direction. The first commercial network was launched in Sweden in December 2009 whereas meanwhile LTE has become the fastest growing mobile communication technology ever. Commercially available end user devices support max. 100Mbps (DL) / 50Mbps(UL). Please note that achievable data rates in real life networks varies depending on e.g. network load and propagation conditions and is generally significantly lower than the maximum rates achieved in test lab environment.

https://www.rohde-schwarz.com/us/technologies/cellular/lte/lte-technology/lte_information_52292.html

| | |
|---|---|
| | <br>https://penturalabs.files.wordpress.com/2013/12/lte-network-diagram.png<br>**What is the LTE eNodeB?**<br>One of the biggest differences between LTE networks and legacy 3G mobile communication systems is the base station. In 3G systems, there is an intelligent and centralizing node like the RNC (Radio Network Controller), and it needs to control all the radio resources and mobility over multiple NodeBs (3G base stations) underneath it in a hieratical radio access network (Figure 1). All NodeBs need to do is behave exactly according to commands from the RNC sent over the Iub interface. In LTE, on the other hand, eNBs (evolved NodeBs) as base stations have to manage radio resource and mobility in the cell and sector to optimize all the UE's communication in a flat radio network structure (Figure 2). Therefore, the performance of an LTE eNB depends on its radio resource management algorithm and its implementation. |

| | |
|---|---|
| | http://www.artizanetworks.com/resources/tutorials/what_lteenb.html<br><br><br>http://www.artizanetworks.com/resources/tutorials/what_lteenb.html |

| | |
|---|---|
| | **LTE eNB Functions**<br><br>According to the 3GPP Release 8 overview, the eNB hosts the following functions within an LTE network:<br><br>• **Radio Resource Management**<br>» Radio Bearer Control<br>» Radio Admission Control<br>» Connection Mobility Control<br>» Dynamic allocation of resources to UEs in both uplink and downlink (scheduling)<br><br>http://www.artizanetworks.com/resources/tutorials/fuc.html |
| estimating arrival directions of receiving signals from a plurality of communication terminals; | The LTE base station utilized by the defendant practices estimating arrival directions of receiving signals (e.g., direction of received uplink signal) from a plurality of communication terminals (e.g., mobiles, smartphones, tablets).<br><br>The LTE base station estimates direction of arrival of receiving signal from a user equipment for optimum beamforming.<br><br>**TM 7 – Beamforming (antenna port 5)**<br><br>This mode uses UE-specific reference signals (DM-RS). Both the data and the UE-specific RS are transmitted using the same antenna weightings. Because the UE requires only the UE-specific RS for demodulation, the data transmission for the UE appears to have been received from only one transmit antenna, and the UE does not see the actual number of transmit antennas. Therefore, this transmission mode is also called "single antenna port; port 5". The transmission appears to be transmitted from a single "virtual" antenna port 5. |

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf<br><br><br>*Fig. 4: Beamforming in TM 7; use of UE-specific RS; the common channels use transmit diversity.*<br><br>There are different algorithms for calculating the optimum beamforming weightings. For example, it is possible to determine the direction of the received uplink signal (direction of arrival [DoA] or angle of arrival [AoA]), and from that to calculate the beamforming weightings. This requires an antenna array in which the individual antenna elements are spaced at a distance of **d ≤ λ/2**. It can be difficult to determine the DoA if the angular spread is not small or if there is no dominant direction in the DoA.<br><br>Alternatively, it is possible to determine the optimum beamforming weighting from the channel estimation. Because the uplink and downlink take place on the same frequency in a TD-LTE system, the uplink sounding reference signals can be used directly to estimate the channel, which can then be used to derive the weighting for the downlink beamforming. In this case, the beamforming vector is determined by channel estimation, and not from the DoA calculation.<br><br>The beamforming calculation is based on the uplink measurement, making calibration of the antenna array and of the RF frontend a major factor in the accuracy of the beamforming. |

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf<br><br>3) Adaptive Beamforming: Adaptive beamforming uses antenna elements with a narrow antenna spacing of about half the carrier wavelength and it has been studied for use with base stations with the antennas mounted in a high location. In this case beamforming is performed by exploiting the UE Direction of Arrival (DoA) or the channel covariance matrix estimated from the uplink, and the resulting transmit weights are not selected from a codebook. In LTE Rel. 8, a UE-specific RS is defined for channel estimation in order to support adaptive beamforming. Unlike the cell-specific RS,<br><br>http://blog.3g4g.co.uk/2011/03/quick-recap-of-mimo-in-lte-and-lte.html<br><br>Function: Implementation<br>PHY/ Baseband: FPGAs/ASSPs<br>Lower layer protocol: DSPs/Network processor<br>PDCP and upper layer protocols: CPUs/Network processor with operation system<br><br>eNodeB vendors can minimize their development efforts by using generic components, not only in terms of hardware modules but also in terms of intellectual property like baseband logical circuits on FPGAs, protocol stack software, etc. The figures below show examples of LTE eNB implementation on a Micro-TCA platform.<br><br>http://www.artizanetworks.com/resources/tutorials/arc.html |

| | |
|---|---|
| | The LTE system targets for high data rate, high system capacity and large coverage to provide excellent user experience. Beamforming (BF) is one of the technologies helping to reach this goal, specifically by improving the cell edge performance. LTE as specified in 3GPP Release 8 already supports single-layer beamforming based on user-specific Reference Symbols (also referred to as Dedicated RS or DRS or DM RS). Single-layer beamfroming uses only one codeword, i.e. one transport block. In general the solution allows to direct the beam towards a specific UE through position estimation at the eNodeB (direction of arrival). The eNodeB generates a beam using the array of antenna elements, and then applies the same precoding to both the data payload and the UE-specific reference signal with this beam. It is important to note that the UE-specific reference signal is transmitted in a way such that its time-frequency location does not overlap with the cell-specific reference signal. As the scheme is not involving any UE feedback mechanism, it is specifically suited for LTE in TDD mode of operation, leveraging the reciprocity of the propagation channel in DL and UL direction.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma191/1MA191_0E_LTE_release_9_technology.pdf<br><br>**6.10.3 UE-specific reference signals**<br><br>UE-specific reference signals are supported for single-antenna-port transmission of PDSCH and are transmitted on antenna port 5. The UE is informed by higher layers whether the UE-specific reference signal is present and is a valid reference for PDSCH demodulation or not. UE-specific reference signals are transmitted only on the resource blocks upon which the corresponding PDSCH is mapped. The UE-specific reference signal is not transmitted in resource elements $(k,l)$ in which one of the physical channels or physical signals other than UE-specific reference signal defined in 6.1 are transmitted using resource elements with the same index pair $(k,l)$ regardless of their antenna port $p$.<br><br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf |
| dividing the plurality of communication terminals into a plurality of groups based on the estimated | The LTE base station utilized by the defendant practices dividing the plurality of communication terminals (e.g., mobiles, smartphones, tablets) into a plurality of groups (e.g., dividing mobiles into different sectors within a cell), based on the estimated arrival directions of the receiving signals. |

| | |
|---|---|
| arrival directions of the receiving signals; | The LTE base station utilized by the defendant divides multiple communication terminals into groups based on the estimated arrival directions of the receiving signals. The base station selects a specific sector antenna for a mobile, if the direction of arrival of reference signal from the mobile lies in the sector of that antenna.<br><br>(see nested table below)<br><br>eNodeB vendors can minimize their development efforts by using generic components, not only in terms of hardware modules but also in terms of intellectual property like baseband logical circuits on FPGAs, protocol stack software, etc. The figures below show examples of LTE eNB implementation on a Micro-TCA platform.<br><br>http://www.artizanetworks.com/resources/tutorials/arc.html |

| Function | Implementation |
|---|---|
| PHY/ Baseband | FPGAs/ASSPs |
| Lower layer protocol | DSPs/Network processor |
| PDCP and upper layer protocols | CPUs/Network processor with operation system |

## 2.1 Base Station Transmitter Measurements

Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.




*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

**Power measurement on all antennas for beamforming test**

The beamforming can be checked based on level by interconnecting all antennas together at the FSx input (Fig. 12).




*Fig. 12: Test setup for measuring the beamforming level. All antennas are brought together using a combiner.*

The levels of the individual channels are displayed in the Allocation Summary. However, the EVM is not meaningful in this situation because, with the exception of the beamformed signals, the antenna signals are overlaid. If these antenna signals have a phase difference of 0°, the FSx receives all signals as if it were located directly in front of the antenna array.

In the example, the PDSCH and RS are weighted with 90°, which means that the beam from the PDSCH and RS does not point toward 0°. The RS are orthogonal so that the level stays constant (e.g. -58.5 dBm in the screenshot). The SYNC channels are transmitted with a phase difference of 0°, that means double the power ( 6 dB more than the RS: -52.4 dBm ). The PDSCH (in example 90°) is in summary 3 dB higher than the RS (-55.4 dBm) (Fig. 13). (Note that the control channels PBCH, PCFICH and PDCCH are coded with TX diversity and therefore cannot be correctly analyzed in this test setup.) Changes to the beamforming settings (i.e. the weightings for PDSCH and RS) will directly affect the level of the PDSCHs.

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf



**GLOBAL LTE BASE STATION MARKET TO REACH $6.37 BILLION IN 2013**

*Tuesday 5 March 2013, Amsterdam*

Our latest report Global LTE Base Station Market 2013-2018: The Next Generation Infrastructure for 4G Mobile Telecommunications examines the LTE base station market with a focus on leading vendors, prosperous regions, impending network transformation projects, and central technologies.

As data traffic grows exponentially a rapid shift network shift to LTE and 4G will have to occur to cope. The introduction of superphones and tablets has saturated the mobile market, and the introduction of new, faster network technologies has become a matter of adapt-or-perish. Having a robust and practicable LTE strategy is what will separate today's incumbent operators from tomorrow's.

Cellular base stations are the last link between the core network and the end-user's device. As such, their interoperability and interaction must provide a high-speed, high-quality, low-latency service to which customers are rapidly growing accustomed. In addition, operators in competitive markets seeking to minimise costs will seek out options that are compact, easy to install, require little maintenance, and are power efficient. As operators rocket towards trials and deployments, infrastructure vendors that have readily available LTE base stations meeting a variety of exacting standards will prevail.

Sector antenna



https://www.asdreports.com/news-1202/global-lte-base-station-market-reach-637-billion-2013

| | |
|---|---|
| | <br><br>However, this cells and sectors terminology will be challenged as the industry deploys new antenna technology for systems like **LTE** and **4G**. The idea of optimizing coverage and capacity with the antenna system relies on focusing the beam in select areas and adapting to a user's equipment—that by nature are not located uniformly. **Uniform distribution** of a user's equipment would clearly support the concept of the same cell size and structure of the hexagon honeycomb. However, with technologies such as **beam tilt**, the beams are adjusted to be different sizes and direction to support the actual user patterns. Technologies such as **multi beam** (as used in six-sector deployments), **adaptive array**, and **active antennas**, allow the antenna's coverage area to be shaped and formed to fit the capacity and coverage requirements of users. For example, a six-sector deployment is, in effect, two sectors per cell, or is it?<br><br>http://www.commscope.com/Blog/Cells--Sectors-and-Antenna-Beamforming/ |

| | |
|---|---|
| | 4.2.1.1 BS antenna radiation pattern<br>The BS antenna radiation pattern to be used for each sector in 3-sector cell sites is plotted in Figure 4.1. The pattern is identical to those defined in [1], [2] and [4]:<br>$A(\theta) = -\min\left[12\left(\frac{\theta}{\theta_{3dB}}\right)^2, A_m\right]$ where $-180 \le \theta \le 180$,<br>$\theta_{3dB}$ is the 3dB beam width which corresponds to 65 degrees, and $A_m = 20dB$ is the maximum attenuation<br><br><br>Figure 4.1: Antenna Pattern for 3-Sector Cells<br>http://www.etsi.org/deliver/etsi_tr/136900_136999/136942/08.02.00_60/tr_136942v080200p.pdf |

| | |
|---|---|
| | Considering beam forming function of smart antenna, the following five basic beam forming pattern is provided with their main beam pointing to 0°,30°,45°,60° and 70° respectively. The beam patterns pointing to -30°,-45°,-60° and -70° can be derived through the image of the above beam patterns. Thus, we can get nine angles beamforming radioation pattern. The gain of blow -90 and above 90 is assumed as -∞ by using the ideal isolation. In the simulation each UE will select the most adjacent (in angle) beam pattern for signal strength and interference calculation accroding the the angle calculated from the UE position and BS sector antenna direction. For example if a UE "s angle to the direction of the sector is $25^0$, the $30^0$ beam pattern will be selected. Then the selected beam pattern will be shifted $-5^0$, by which the main beam will pointing the UE. The signal strengh and interference from different direction will be calculated based on the shifted pattern. The shifted angle out of [-90°,90°] will be transfered inside [-90°,90°] by horizontal imaging.   **Figure B.1: 0° beam forming pattern** http://www.etsi.org/deliver/etsi_tr/136900_136999/136942/08.04.00_60/tr_136942v080400p.pdf |
| assigning a same scramble code to all communication terminals belonging under a same group; | The LTE base station utilized by the defendant practices assigning a same scramble code to all communication terminals (e.g., mobiles, smartphones, tablets) belonging under a same group (e.g., mobiles under a sector of a cell). |

The scrambling sequence depends upon the initialization value of the scrambling sequence, which is calculated on basis of the physical layer cell identity. The cell identity comprises a cell id group which is same for all communication units in the same group.




**Figure 6.3-1: Overview of physical channel processing.**

### 6.3.1 Scrambling

For each code word $q$, the block of bits $b^{(q)}(0),...,b^{(q)}(M_{\text{bit}}^{(q)}-1)$, where $M_{\text{bit}}^{(q)}$ is the number of bits in code word $q$ transmitted on the physical channel in one subframe, shall be scrambled prior to modulation, resulting in a block of scrambled bits $\tilde{b}^{(q)}(0),...,\tilde{b}^{(q)}(M_{\text{bit}}^{(q)}-1)$ according to

$$\tilde{b}^{q}(i)=\left(b^{q}(i)+c^{q}(i)\right)\text{mod}\,2$$

where the scrambling sequence $c^{q}(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised at the start of each subframe, where the initialisation value of $c_{\text{init}}$ depends on the transport channel type according to

$$c_{\text{init}}=\begin{cases}n_{\text{RNTI}}\cdot 2^{14}+q\cdot 2^{13}+\lfloor n_s/2\rfloor\cdot 2^{9}+N_{\text{ID}}^{\text{cell}} & \text{for PDSCH}\\ \lfloor n_s/2\rfloor\cdot 2^{9}+N_{\text{ID}}^{\text{MBSFN}} & \text{for PMCH}\end{cases}$$

where $n_{\text{RNTI}}$ corresponds to the RNTI associated with the PDSCH transmission as described in Section 7.1[4].

Up to two code words can be transmitted in one subframe, i.e., $q\in\{0,1\}$. In the case of single code word transmission, $q$ is equal to zero.

http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf

| | |
|---|---|
| | Scrambling<br>• Sequence generation<br>– The scrambling sequence generator shall be initialised at the start of each subframe, where the initialisation value of $c_{init}$<br>• Generation register<br>– Fill the top register with the following fixed pattern x(0)=1(MSB),and x(1)=…=x(30)=0.<br>– Fill the lower register with the initialisation sequence based on below<br><br><br>• PDSCH & PMCH: $c_{init} = \begin{cases} n_{RNTI} \cdot 2^{14} + q \cdot 2^{13} + \lfloor n_s/2 \rfloor \cdot 2^9 + N_{ID}^{cell} & \text{for PDSCH} \\ \lfloor n_s/2 \rfloor \cdot 2^9 + N_{ID}^{MBSFN} & \text{for PMCH} \end{cases}$<br>• PBCH: $c_{init} = N_{ID}^{cell}$ (Re-initialization is performed every 4 subframes)<br>• PCFICH, PDCCH, PHICH: $c_{init} = \lfloor n_s/2 \rfloor \cdot 2^9 + N_{ID}^{cell}$<br><br>https://www.slideshare.net/allabout4g/lte-rel-8-physical-layer<br><br>**6.3 General structure for downlink physical channels**<br><br>This section describes a general structure, applicable to more than one physical channel.<br><br>The baseband signal representing a downlink physical channel is defined in terms of the following steps:<br>- scrambling of coded bits in each of the code words to be transmitted on a physical channel<br>- modulation of scrambled bits to generate complex-valued modulation symbols<br>- mapping of the complex-valued modulation symbols onto one or several transmission layers<br>- precoding of the complex-valued modulation symbols on each layer for transmission on the antenna ports<br>- mapping of complex-valued modulation symbols for each antenna port to resource elements<br>- generation of complex-valued time-domain OFDM signal for each antenna port |

| | |
|---|---|
| | http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf<br><br>$N_{RB}^{(2)}$ Bandwidth available for use by PUCCH formats 2/2a/2b, expressed in multiples of $N_{sc}^{RB}$<br>$N_{RB}^{HO}$ The offset used for PUSCH frequency hopping, expressed in number of resource blocks (set by higher layers)<br>$N_{ID}^{cell}$ Physical layer cell identity<br>$N_{ID}^{MBSFN}$ MBSFN area identity<br>$N_{RB}^{DL}$ Downlink bandwidth configuration, expressed in multiples of $N_{sc}^{RB}$<br><br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf<br><br>There are 504 unique physical-layer cell identities. The physical-layer cell identities are grouped into 168 unique physical-layer cell-identity groups, each group containing three unique identities. The grouping is such that each physical-layer cell identity is part of one and only one physical-layer cell-identity group. A physical-layer cell identity $N_{ID}^{cell} = 3N_{ID}^{(1)} + N_{ID}^{(2)}$ is thus uniquely defined by a number $N_{ID}^{(1)}$ in the range of 0 to 167, representing the physical-layer cell-identity group, and a number $N_{ID}^{(2)}$ in the range of 0 to 2, representing the physical-layer identity within the physical-layer cell-identity group.<br><br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.09.00_60/ts_136211v080900p.pdf<br><br>**Cell ID (LTE)**<br><br>Menu Path: **MeasSetup** > **LTE Demod Properties...** > **Format tab**<br><br>**Default:** Auto<br>**Range:** Auto, Manual: 0-503<br><br>**Cell ID** sets the physical (PHY) layer Cell ID. This PHY-layer Cell ID determines the Cell ID Group and Cell ID Sector. There are 168 possible Cell ID groups and 3 possible Cell ID sectors; therefore, there are `3 * 168 = 504` possible PHY-layer cell IDs. When **Cell ID** is set to **Auto**, the demodulator will automatically detect the Cell ID. When **Cell ID** is set to **Manual**, the PHY-layer Cell ID must be specified for successful demodulation.<br><br>The physical layer cell id can be calculated from the following formula:<br><br>`PHY-layer Cell ID = 3*(Cell ID Group) + Cell ID Sector`<br><br>http://rfmw.em.keysight.com/wireless/helpfiles/89600b/webhelp/subsystems/lte/content/lte_dlg_fmt_cellid.htm |

| | |
|---|---|
| calculating a transmission weight to perform directional transmission to the plurality of communication terminals; and | The LTE base station utilized by the defendant practices calculating a transmission weight (e.g., a precoding weight) to perform directional transmission (e.g., user equipment specific beamforming) to the plurality of communication terminals (e.g., mobiles, smartphones, tablets).<br><br>http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg |




*Fig. 42: Antenna mapping codebook.*

This is where the precoding weights are chosen based on the index that is selected from the tables in specification 36.211 [6]. For TM 7, they are indices 0 to 3 for two antennas:

**Precoding weights for 2 antennas**

| Codebook index | Number of layers $\upsilon$: 1 | 2 |
|---|---|---|
| 0 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\1\end{bmatrix}$ | $\frac{1}{\sqrt{2}}\begin{bmatrix}1&0\\0&1\end{bmatrix}$ |
| 1 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-1\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1&1\\1&-1\end{bmatrix}$ |
| 2 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\j\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1&1\\j&-j\end{bmatrix}$ |
| 3 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-j\end{bmatrix}$ | - |

*Table 4: Allowed precoding weights for TM 7 (with one layer) for two antennas.*

Similarly, indices 0 to 15 are used for four antennas (table in [6]; a different view of the precoding matrices is available in the attachment, section 3.2):

*Mapping Coordinates* displays the defined weights, either in Cartesian or cylindrical coordinates.

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

**Beamforming**

Antenna technologies are the key in increasing network capacity. It started with sectorized antennas. These antennas illuminate 60 or 120 degrees and operate as one cell. In GSM, the capacity can be tripled, by 120 degree antennas. Adaptive antenna arrays intensify spatial multiplexing using narrow beams. Smart antennas belong to adaptive antenna arrays but differ in their smart direction of arrival (DoA) estimation. Smart antennas can form a user-specific beam. Optional feedback can reduce complexity of the array system.
Beamforming is the method used to create the radiation pattern of an antenna array. It can be applied in all antenna array systems as well as MIMO systems.
Smart antennas are divided into two groups:

- Phased array systems (switched beamforming) with a finite number of fixed predefined patterns
- Adaptive array systems (AAS) (adaptive beamforming) with an infinite number of patterns adjusted to the scenario in realtime




https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf

| | |
|---|---|
| | **3.1.2 LTE (3GPP Release 8)**<br><br>UMTS Long Term Evolution (LTE) was introduced in 3GPP Release 8. The objective is a high data rate, low latency and packet optimized radio access technology. LTE is also referred to as E-UTRA (Evolved UMTS Terrestrial Radio Access) or E-UTRAN (Evolved UMTS Terrestrial Radio Access Network).<br><br>The basic concept for LTE in downlink is OFDMA (Uplink: SC-FDMA), while MIMO technologies are an integral part of LTE. Modulation modes are QPSK, 16QAM, and 64QAM. Peak data rates of up to 300 Mbps (4x4 MIMO) and up to 150 Mbps (2x2 MIMO) in the downlink and up to 75 Mbps in the uplink are specified.<br><br>For an introduction to LTE, refer to [2] [3] [4]. For more information on MIMO in LTE, refer to [6].<br><br>**Downlink**<br>The following transmission modes are possible in LTE:<br>• Single antenna transmission, no MIMO<br>• Transmit diversity<br>• Open-loop spatial multiplexing, no UE feedback required<br>• Closed-loop spatial multiplexing, UE feedback required<br>• Multi-user MIMO (more than one UE is assigned to the same resource block)<br>• Closed-loop precoding for rank=1 (i.e., no spatial multiplexing, but precoding is used)<br>• Beamforming<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf<br><br><br><br>*Figure 12: LTE downlink* |

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |

### 6.3.4 Precoding

The precoder takes as input a block of vectors $x(i) = \left[x^{(0)}(i) \ \ldots \ x^{(\upsilon-1)}(i)\right]^T$, $i = 0,1,\ldots,M_{symb}^{layer} - 1$ from the layer mapping and generates a block of vectors $y(i) = \left[\ldots \ y^{(p)}(i) \ \ldots\right]^T$, $i = 0,1,\ldots,M_{symb}^{ap} - 1$ to be mapped onto resources on each of the antenna ports, where $y^{(p)}(i)$ represents the signal for antenna port $p$.

#### 6.3.4.1 Precoding for transmission on a single antenna port

For transmission on a single antenna port, precoding is defined by

$$y^{(p)}(i) = x^{(0)}(i)$$

where $p \in \{0,4,5\}$ is the number of the single antenna port used for transmission of the physical channel and $i = 0,1,\ldots,M_{symb}^{ap} - 1$, $M_{symb}^{ap} = M_{symb}^{layer}$.

#### 6.3.4.2 Precoding for spatial multiplexing

Precoding for spatial multiplexing is only used in combination with layer mapping for spatial multiplexing as described in Section 6.3.3.2. Spatial multiplexing supports two or four antenna ports and the set of antenna ports used is $p \in \{0,1\}$ or $p \in \{0,1,2,3\}$, respectively.

##### 6.3.4.2.1 Precoding without CDD

Without cyclic delay diversity (CDD), precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i) \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P \times \upsilon$ and $i = 0,1,\ldots,M_{symb}^{ap} - 1$, $M_{symb}^{ap} = M_{symb}^{layer}$.

For spatial multiplexing, the values of $W(i)$ shall be selected among the precoder elements in the codebook configured in the eNodeB and the UE. The eNodeB can further confine the precoder selection in the UE to a subset of the elements in the codebook using codebook subset restrictions. The configured codebook shall be selected from Table 6.3.4.2.3-1 or 6.3.4.2.3-2.

##### 6.3.4.2.2 Precoding for large delay CDD

For large-delay CDD, precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i)D(i)U \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P \times \upsilon$ and $i = 0,1,\ldots,M_{symb}^{ap} - 1$, $M_{symb}^{ap} = M_{symb}^{layer}$. The diagonal size- $\upsilon \times \upsilon$ matrix $D(i)$ supporting cyclic delay diversity and the size- $\upsilon \times \upsilon$ matrix $U$ are both given by Table 6.3.4.2.2-1 for different numbers of layers $\upsilon$.

http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf

| | |
|---|---|
| directionally transmitting a transmission signal modulated with the assigned scramble code, using the calculated transmission weight, wherein: | The LTE base station utilized by the defendant practices directionally transmitting (e.g., user specific beamforming) a transmission signal modulated with the assigned scramble code (e.g., an OFDM signal), using the calculated transmission weight (e.g., determined precode).<br><br>As shown below, the LTE base station modulates the scrambled transmission signals (e.g., code words) and also comprises a directional transmission section (e.g., antenna section) which directionally transmits (e.g., a user specific beamforming) the modulated signal to the plurality of communication terminals (e.g., mobiles, smartphones, tablets) using the calculated transmission weight (e.g., determined precode).<br><br>**6.3 General structure for downlink physical channels**<br><br>This section describes a general structure, applicable to more than one physical channel.<br><br>The baseband signal representing a downlink physical channel is defined in terms of the following steps:<br>- scrambling of coded bits in each of the code words to be transmitted on a physical channel<br>- modulation of scrambled bits to generate complex-valued modulation symbols<br>- mapping of the complex-valued modulation symbols onto one or several transmission layers<br>- precoding of the complex-valued modulation symbols on each layer for transmission on the antenna ports<br>- mapping of complex-valued modulation symbols for each antenna port to resource elements<br>- generation of complex-valued time-domain OFDM signal for each antenna port<br><br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf |

| | |
|---|---|
| |  <br>http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg<br> <br>Figure 12: LTE downlink<br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |

| | |
|---|---|
| | See below |




*Fig. 42: Antenna mapping codebook.*

This is where the precoding weights are chosen based on the index that is selected from the tables in specification 36.211 [6]. For TM 7, they are indices 0 to 3 for two antennas:

| Precoding weights for 2 antennas | | |
|---|---|---|
| Codebook index | Number of layers $\upsilon$ | |
| | 1 | 2 |
| 0 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\1\end{bmatrix}$ | $\frac{1}{\sqrt{2}}\begin{bmatrix}1 & 0\\0 & 1\end{bmatrix}$ |
| 1 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-1\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1 & 1\\1 & -1\end{bmatrix}$ |
| 2 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\j\end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix}1 & 1\\j & -j\end{bmatrix}$ |
| 3 | $\frac{1}{\sqrt{2}}\begin{bmatrix}1\\-j\end{bmatrix}$ | - |

*Table 4: Allowed precoding weights for TM 7 (with one layer) for two antennas.*

Similarly, indices 0 to 15 are used for four antennas (table in [6]; a different view of the precoding matrices is available in the attachment, section 3.2):

*Mapping Coordinates* displays the defined weights, either in Cartesian or cylindrical coordinates.

https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf

| | |
|---|---|
| | **2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |
| in the transmission weight calculation step, the calculated transmission weight is common to all the | The LTE base station utilized by the defendant practices, in the transmission weight calculation step, the calculated transmission weight (e.g., a precode) that is common to all the communication terminals (e.g., mobiles, smartphones, tablets) belonging under the same group (e.g., mobiles under a sector of a cell). |

<table>
<tr>
<td>communication terminals belonging under the same group; and</td>
<td>




http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg

**Beamforming**

Antenna technologies are the key in increasing network capacity. It started with sectorized antennas. These antennas illuminate 60 or 120 degrees and operate as one cell. In GSM, the capacity can be tripled, by 120 degree antennas. Adaptive antenna arrays intensify spatial multiplexing using narrow beams. Smart antennas belong to adaptive antenna arrays but differ in their smart direction of arrival (DoA) estimation. Smart antennas can form a user-specific beam. Optional feedback can reduce complexity of the array system.<br>
Beamforming is the method used to create the radiation pattern of an antenna array. It can be applied in all antenna array systems as well as MIMO systems.<br>
Smart antennas are divided into two groups:

- Phased array systems (switched beamforming) with a finite number of fixed predefined patterns
- Adaptive array systems (AAS) (adaptive beamforming) with an infinite number of patterns adjusted to the scenario in realtime




</td>
</tr>
</table>

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf<br><br>**3.1.2 LTE (3GPP Release 8)**<br><br>UMTS Long Term Evolution (LTE) was introduced in 3GPP Release 8. The objective is a high data rate, low latency and packet optimized radio access technology. LTE is also referred to as E-UTRA (Evolved UMTS Terrestrial Radio Access) or E-UTRAN (Evolved UMTS Terrestrial Radio Access Network).<br><br>The basic concept for LTE in downlink is OFDMA (Uplink: SC-FDMA), while MIMO technologies are an integral part of LTE. Modulation modes are QPSK, 16QAM, and 64QAM. Peak data rates of up to 300 Mbps (4x4 MIMO) and up to 150 Mbps (2x2 MIMO) in the downlink and up to 75 Mbps in the uplink are specified.<br><br>For an introduction to LTE, refer to [2] [3] [4]. For more information on MIMO in LTE, refer to [6].<br><br>**Downlink**<br>The following transmission modes are possible in LTE:<br>• Single antenna transmission, no MIMO<br>• Transmit diversity<br>• Open-loop spatial multiplexing, no UE feedback required<br>• Closed-loop spatial multiplexing, UE feedback required<br>• Multi-user MIMO (more than one UE is assigned to the same resource block)<br>• Closed-loop precoding for rank=1 (i.e., no spatial multiplexing, but precoding is used)<br>• Beamforming<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |

| | |
|---|---|
| | <br>Figure 12: LTE downlink<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf |

| | |
|---|---|
| | **6.3.4 Precoding**<br>The precoder takes as input a block of vectors $x(i)=\left[x^{(0)}(i) \quad \dots \quad x^{(\upsilon-1)}(i)\right]^T$, $i=0,1,\dots,M_{symb}^{layer}-1$ from the layer mapping and generates a block of vectors $y(i)=\left[\dots \quad y^{(p)}(i) \quad \dots\right]^T$, $i=0,1,\dots,M_{symb}^{ap}-1$ to be mapped onto resources on each of the antenna ports, where $y^{(p)}(i)$ represents the signal for antenna port $p$.<br>**6.3.4.1 Precoding for transmission on a single antenna port**<br>For transmission on a single antenna port, precoding is defined by<br>$$y^{(p)}(i)=x^{(0)}(i)$$<br>where $p\in\{0,4,5\}$ is the number of the single antenna port used for transmission of the physical channel and $i=0,1,\dots,M_{symb}^{ap}-1$, $M_{symb}^{ap}=M_{symb}^{layer}$.<br>**6.3.4.2 Precoding for spatial multiplexing**<br>Precoding for spatial multiplexing is only used in combination with layer mapping for spatial multiplexing as described in Section 6.3.3.2. Spatial multiplexing supports two or four antenna ports and the set of antenna ports used is $p\in\{0,1\}$ or $p\in\{0,1,2,3\}$, respectively.<br>**6.3.4.2.1 Precoding without CDD**<br>Without cyclic delay diversity (CDD), precoding for spatial multiplexing is defined by<br>$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i) \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$<br>where the precoding matrix $W(i)$ is of size $P\times\upsilon$ and $i=0,1,\dots,M_{symb}^{ap}-1$, $M_{symb}^{ap}=M_{symb}^{layer}$.<br>For spatial multiplexing, the values of $W(i)$ shall be selected among the precoder elements in the codebook configured in the eNodeB and the UE. The eNodeB can further confine the precoder selection in the UE to a subset of the elements in the codebook using codebook subset restrictions. The configured codebook shall be selected from Table 6.3.4.2.3-1 or 6.3.4.2.3-2.<br>**6.3.4.2.2 Precoding for large delay CDD**<br>For large-delay CDD, precoding for spatial multiplexing is defined by<br>$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i)D(i)U \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$<br>where the precoding matrix $W(i)$ is of size $P\times\upsilon$ and $i=0,1,\dots,M_{symb}^{ap}-1$, $M_{symb}^{ap}=M_{symb}^{layer}$. The diagonal size- $\upsilon\times\upsilon$ matrix $D(i)$ supporting cyclic delay diversity and the size- $\upsilon\times\upsilon$ matrix $U$ are both given by Table 6.3.4.2.2-1 for different numbers of layers $\upsilon$.<br><br>http://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.08.00_60/ts_136211v080800p.pdf |
| in the directional transmission step, transmission is performed with a same directivity to all the | Upon information and belief, the LTE base station utilized by the defendant practices in the directional transmission step, transmission is performed with a same directivity to all the communication terminals (e.g., mobiles, smartphones, tablets) belonging under the same group (e.g., mobiles under a sector of a cell). |

<table>
<tr>
<td>communication terminals belonging under the same group.</td>
<td>




http://1.bp.blogspot.com/-ULXNHVGI90w/TZBa9fQZJqI/AAAAAAAADGs/TOiOGGN64lc/s1600/MIMO_NttDocomo_1.jpg

**Beamforming**

Antenna technologies are the key in increasing network capacity. It started with sectorized antennas. These antennas illuminate 60 or 120 degrees and operate as one cell. In GSM, the capacity can be tripled, by 120 degree antennas. Adaptive antenna arrays intensify spatial multiplexing using narrow beams. Smart antennas belong to adaptive antenna arrays but differ in their smart direction of arrival (DoA) estimation. Smart antennas can form a user-specific beam. Optional feedback can reduce complexity of the array system.
Beamforming is the method used to create the radiation pattern of an antenna array. It can be applied in all antenna array systems as well as MIMO systems.
Smart antennas are divided into two groups:

- Phased array systems (switched beamforming) with a finite number of fixed predefined patterns
- Adaptive array systems (AAS) (adaptive beamforming) with an infinite number of patterns adjusted to the scenario in realtime




</td>
</tr>
</table>

| | |
|---|---|
| | https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma142/1MA142_0e_introduction_to_MIMO.pdf<br><br>**2.1 Base Station Transmitter Measurements**<br><br>Three different solutions are available for base station transmitter measurements; these are described in more detail here. Fig. 5 shows the test point in a block diagram. In addition to the LTE-specific measurements (section 2.1.1), such as the check to ensure that the reference signals were sent correctly in TM 7, it is also possible to measure phase and level independently of any standard (section 2.1.2 and 2.1.3). In this solution, the phase relationships between signals are determined. This makes it possible to check the different signal weightings. This measurement can be performed using either signal analyzers or network analyzers depending on the application or even on the availability of test instruments. Although the test methods described in this application note apply universally, only the LTE-specific settings, such as sampling rates, are discussed here.<br><br><br><br>*Fig. 5: Block diagram for base station transmitter tests: Measurements are taken in the downlink on the RF module.*<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma187/1MA187_1E_LTE_Beamforming_Mesurments.pdf |